IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE MORRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 1:21-cv-00752-WMR-JSA |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties respectfully request that the Clerk mark this action as dismissed with prejudice.

Respectfully submitted this 15th day of August, 2023.

| | |
|---|---|
| **ROSENBERG LAW** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| | |
| */s/ Jack Rosenberg* | */s/ Frank B. Shuster* |
| Georgia Bar. No. | Frank B. Shuster |
| Suite 53 | Georgia Bar No. 644722 |
| 5425 Glenridge Drive | Sarah M. Phaff |

1

9924516v1

Atlanta, Georgia 30342
Counsel for Plaintiff
Telephone: (404)-343-1091
Facsimile: (404)-343-1497

*jackrosenberg2@gmail.com*

Georgia Bar No. 140626
Counsel for Defendant
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

*fshuster@constangy.com*
*sphaff@constangy.com*

2

9924516v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 1:21-cv-00752-WMR-JSA |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification and a copy of such filing to the following counsel of record:

Jack Rosenberg
5425 Glenridge Drive
Atlanta, Georgia 30342

                                                  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

                                                  */s/ Frank B. Shuster*
                                                  Frank B. Shuster
                                                  Georgia Bar No. 644722
                                                  *fshuster@constangy.com*

                                                  **ATTORNEY FOR DEFENDANT**

9924516v1

4

9924516v1